886 A.2d 631

IN THE MATTER OF VOLF ZEV BIRMAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 036121998).

December 7, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–209, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, **VOLF ZEV BIRMAN** of **STATEN ISLAND, NEW YORK,** who was admitted to the bar of this State in 1998, should be suspended from the practice of law for a period of three months, respondent having been suspended from the practice of law in New York for a period of one year, for conduct that in New Jersey would constitute violation of *RPC* 7.2(c) (compensating a person for recommending a lawyer's services), *RPC* 7.3(d) (compensating a person to recommend the lawyer's employment by a client), *RPC* 8.4(b) (committing a criminal act that reflects adversely on the lawyer's fitness) and *RPC* 8.4(d) (engaging in conduct prejudicial to the administration of justice);

And the Court having determined in its review of the matter that a one-year suspension from practice is warranted;

And good cause appearing;

It is ORDERED that **VOLF ZEV BIRMAN** is suspended from the practice of law for a period of one year and until the further Order of the Court, retroactive to May 12, 2004; and it is further

ORDERED that **VOLF ZEV BIRMAN** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files

proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.